NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOMMIE LEE MILES, III,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2071

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-914, Judge Scott Laurer.

---

## **O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2  MILES V. MCDONOUGH

FOR THE COURT

<u>January 4, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 4, 2024